UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17 CR 234 RLW |
| | ) |
| MOHAMMED ALMUTTAN, | ) |
| RAMI ALMUTTAN, | ) |
| HISHAM MUTAN, and | ) |
| SADDAM MUTAN, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said District, and hereby moves this Court to file its document under seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 */s/ John J. Ware*
JOHN J. WARE, # 40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ John J. Ware*
                                            JOHN J. WARE, # 40880MO
                                            Assistant United States Attorney