**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:17-CR00234 RLW/DDN |
| vs. | ) |
| | ) |
| SADDAM MUTAN (4), | ) |
| | ) |
| Defendant. | ) |

### MOTION BY CONSENT FOR THE RETURN OF SADDAM MUTAN'S UNITED STATES PASSPORT

COMES NOW Defendant Saddam Mutan, and respectfully moves this Court to return Mr. Mutan's United States passport (No. 462716739) currently in the custody and possession of the Court Clerk for the United States District Court, Eastern District of Missouri for the following reasons:

1. As part of Defendant's initial bond conditions, he voluntarily surrendered his United States passport to the United States District Court, Eastern District of Missouri;

2. Mr. Mutan's United States passport expired less than a year ago on October 28, 2019;

3. Mr. Mutan's sole purpose to receive into his possession his United States passport is to submit this passport to the State Department with his application to renew his United States passport;

4. Mr. Mutan has not violated pretrial conditions since he was first placed on pretrial supervision in 2017; and

5. Said Motion to return Mr. Mutan's United States passport is with the consent of the Assistant United States Attorney, John Ware.

6. Mr. Mutan will submit the renewed United States passport back into the custody and possession of the Court Clerk until ordered released by this Court.

WHEREFORE, this Defendant, Saddam Mutan respectfully requests the return of his United States passport currently in the possession of the District Court for the sole purpose of renewing his United States passport and submitting the existing United States passport to the State Department for its renewal and for any other such Orders this Court deems just and appropriate under the circumstances.

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
(314) 646-0066
(314) 646-0065 Fax
njbatty@aol.com

/s/ Daniel J. Bruntrager
Daniel J. Bruntrager, #34546
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
(314) 646-0066
(314) 646-0065 Fax
djb@law-stl.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2021, the foregoing **Motion by Consent for the Return of Sadam Mutan's United States Passport** was filed

electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Neil J. Bruntrager