**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CR-00234-RLW-DDN |
| ) | |
| SADDAM MUTAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On June 2, 2017, the undersigned released Defendant on a $100,000 secured appearance bond, subject to an Order Setting Conditions of Release. (Doc. 134 & 135.) Condition (7)(d) ordered Defendant to surrender his passport, and all other travel documents, to Pretrial Services and Condition (7)(e) ordered Defendant not to obtain a passport or other international travel document. This matter is now before the undersigned on Defendant's Motion by Consent for the Return of Saddam Mutan's United States Passport, filed August 19, 2021. (Doc. 1788.)

As Defendant has not requested a modification of Conditions (7)(d) and (e), after review of the motion and the record as a whole, and after consultation with the U.S. Pretrial Services Office, the undersigned will deny Defendant's motion. Furthermore, after consultation with the U.S. Pretrial Services, the undersigned finds that no modification of Conditions (7)(d) and (e) of the Order Setting Conditions of Release is warranted at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion by Consent for the Return of Saddam Mutan's United States Passport (Doc. 1788) is **DENIED**.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of September, 2021.