

September 22, 2022

To Whom It May Concern:

Mr. Saddam Mutan volunteered with me at the St. Louis City National Association for the Advancement of Colored People (NAACP) this past summer. I found him to be pleasant, good natured and concerned about his fellow man. Not only did Saddam volunteer his time, he also supplied his own gas and would often donate bus passes and money to complainants that visited our office.

We are very pleased with Saddam and we hold him in good standing with the NAACP and in the community in which he lives, works and donates his time. We wish him the best.

If you have any questions or need additional information, please feel free to contact me.

Sincerely,

Rev. Elston K. McCowan
(314) 496-7861 Personal Mobil Phone
(314) 361-8600 NAACP Local Main Office Number
revemccowan@yahoo.com

**National Association for the Advancement of Colored People St. Louis Branch**
4811 Delmar ▪ Saint Louis, Missouri 63108 ▪ Tel: 361-8600 ▪ Fax: 361-4334
stlouisnaacp@sbcglobal.net



Walbridge STEAM Academy – 5000 Davison Ave. - St. Louis, Mo. 63120 – (314) 383-1829

September 28, 2022

To Whom It May Concern:

Saddam Mutan is a very respectful and courteous young man. We often call upon him to volunteer for field trips and afterschool activities here at Walbridge S.T.E.A.M. Academy.

One year his schedule allowed him to volunteer for our "Walking School Bus." Students would meet him at a designated location and he would walk them to school. Once other children found out that he gave treats for good behavior we had to ensure that he was scheduled for every route.

If you need any additional references, or have additional questions or concerns, please contact me directly at the school at (314) 383-1829.

Sincerely,

Mildred Moore

Ms. Mildred Moore
Principal, Walbridge S.T.E.A.M. Academy
mildred.moore@slps.org